IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA RODNEY MEECH,<br><br>Defendant. | CR 20-13-BU-DLC<br><br>ORDER |

On June 19, 2020, the Clerk of Court issued a summons directing Defendant Joshua Rodney Meech to appear in Court on July 21, 2020 at 1:30 p.m. for his initial appearance and arraignment on the Indictment filed against him. As discussed in open court, because Defendant is currently in state custody on an unrelated matter,

IT IS ORDERD that Defendant's initial appearance and arraignment are reset for August 4, 2020, at 9:30 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. The Clerk of Court shall issue a new summons directing

1

Defendant to appear at the designated time.

DATED this 21st day of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge