IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA RODNEY MEECH, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Video Testimony.  (Doc. 32.)  The United States asks for leave to present the testimony of attorney CJ Cook via video conferencing at the bench trial scheduled for September 28, 2020.  (*Id.*)  Attorney Cook is scheduled to begin a trial in a separate matter in Chester, Montana on September 29, 2020.  (*Id.*)  In view of the government's assurance that it will make all necessary arrangements, the Court agrees that good cause supports the motion.

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED.

DATED this 18th day of September, 2020.

Dana L. Christensen, District Judge
United States District Court