IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA RODNEY MEECH, | |
| Defendant. | |

Before the Court is the Government's unopposed motion to allow remote witness testimony via zoom. (Doc. 101.) Through the motion, the Government moves the Court for an order allowing Wadena Police Officer Cory Carr and Astera Hospital Emergency Room Doctor Ryan Christopher Scott, from Wadena Minnesota, to testify remotely via Zoom at the final revocation hearing in this matter, scheduled for April 7, 2026, at 9:00 a.m. in Missoula, Montana. (*Id.* at 1–2.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 101) is GRANTED. Officer Carr and Doctor Scott may testify remotely at the April 7 hearing in this matter.

DATED this 12th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court